IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE HOLLOWAY,

    Petitioner,                    No. CIV S-07-0522 JAM EFB P

    vs.

D.K. SISTO,

    Respondent.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has notified the Clerk of the Court of his intent to voluntarily dismiss this action. Dckt. No. 20.

    Accordingly, IT IS HEREBY ORDERED that respondent notify this court, within seven days, whether he has any objection to the dismissal of this action. Should respondent fail to respond, petitioner's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: December 7, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE