1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9   WILLIE HOLLOWAY,

10              Petitioner,                    No. CIV S-07-0522 JAM EFB P

11         vs.

12  D.K. SISTO,                                ORDER

13              Respondent.

14  _____/

15         Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28

16  U.S.C. § 2254.  On November 30, 2009, petitioner filed a document styled "Motion to Dismiss

17  Habeas Corpus," seeking to dismiss the case because he was paroled.  By an order filed

18  December 7, 2009, the court granted respondent seven days to notify the court whether he

19  objected to petitioner's request for dismissal.  On December 10, 2009, counsel for respondent

20  filed a statement of non-opposition and joinder in petitioner's request for dismissal.

21         An action may be dismissed "by filing a stipulation of dismissal signed by all parties who

22  have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii); *See also* Rule 12, Rules Governing

23  § 2254 Cases.  The court finds the parties' filings constitute that stipulation and the Clerk is

24  directed to close the case.

25  DATED:   February 19, 2010.

26                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE