IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE HOLLOWAY,

           Petitioner,                No. CIV S-07-0522 JAM EFB P

      vs.

D.K. SISTO,                       ORDER

           Respondent.

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On November 30, 2009, petitioner filed a document styled "Motion to Dismiss Habeas Corpus," seeking to dismiss the case because he was paroled. By an order filed December 7, 2009, the court granted respondent seven days to notify the court whether he objected to petitioner's request for dismissal. On December 10, 2009, counsel for respondent filed a statement of non-opposition and joinder in petitioner's request for dismissal.

      An action may be dismissed "by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *See also* Rule 12, Rules Governing § 2254 Cases. The court finds the parties' filings constitute that stipulation and the Clerk is directed to close the case.

DATED:   February 19, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE